IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS WAYLON BOYD                                                            PLAINTIFF

v.                                    Civil No. 4:19-cv-4077

JUDGE DUNCAN CULPEPPER; PHILLIP
HARRIS, Prosecuting Attorney; DANNY ROGERS,
Public Defender; TIM MCBRAYER, Officer;
SEAN CLARK, Officer; JUSTIN HURST,
Attorney; JAMES SINGLETON, Sheriff;
JUDGE RANDAL WRIGHT; KOLBY HARPER,
Prosecuting Attorney; MATTHEW FORD,
Prosecuting Attorney; JOE T. TYLER, Public
Defender; BO MORRIS, Officer/Deputy; OFFICER
BROWN, Officer/Deputy; SGT. HUGHES, Officer/
Deputy; EVANS, Parole; DEPUTY SIMMONS, Parole;
PROSECUTOR TRACI GRAHAM, Prosecuting
Attorney; and BILLY MORITZ, Attorney                                          DEFENDANTS

**ORDER**

On July 1, 2019, Plaintiff Thomas Waylon Boyd filed this case in the Eastern District of Arkansas, pursuant to 42 U.S.C. § 1983. The Eastern District transferred the case to the Western District of Arkansas, Texarkana Division, on July 9, 2019. Following several rounds of the Court directing Plaintiff to file amended complaints and Plaintiff filing noncompliant pleadings,[1] Plaintiff filed a second amended complaint on September 11, 2019. On October 16, 2019, the Court entered a screening order that dismissed all of Plaintiff's claims pursuant to 28 U.S.C. § 1915A. (ECF No. 15). Consequently, this case was closed.

On October 30, 2019, Plaintiff filed what was docketed as a motion to reopen this case. (ECF No. 16). On November 4, 2019, the Court denied that motion, finding that Plaintiff failed

---

[1] The Court will not recount this process in detail because it was set out in the Court's October 16, 2019 screening order. (ECF No. 15, pp. 1-4).

to establish cause to reopen the case and, to the extent that the motion could instead be construed as a motion for reconsideration under either Federal Rules of Civil Procedure 59(e) or 60(b), that Plaintiff failed to offer any reason justifying relief from the Court's October 16, 2019 screening order.

On November 5, 2019, Plaintiff filed two documents which were docketed as supplements to his motion to reopen this case. (ECF Nos. 18, 19). The first document is styled as an "Objection and Agreement," and appears to address the Court's October 16, 2019 screening order paragraph by paragraph, setting out the reasons Plaintiff agrees or disagrees with the same. The second document is styled as a "Demand," and states that Plaintiff seeks immediate relief in the form of compensatory and punitive damages, interest, and securities.

Neither of these newly filed documents are a formal motion, so no Court action is required. *See* Fed R. Civ. P. 6(b)(1) ("A request for a court order must be made by motion."). However, to the extent that the documents are intended to supplement Plaintiff's motion to reopen this case, the Court has reviewed the documents and finds that they do not establish cause to reopen this case and, further, do not to offer any reason justifying relief from the Court's October 16, 2019 screening order under Rules 59(e) or 60(b).

**IT IS SO ORDERED**, this 6th day of November, 2019.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge